MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Shane G. Smith, #272630
  shane.smith@mccormickbarstow.com
Melissa K. Cerro, #304268
  melissa.cerro@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant / Counter-Plaintiff
MOMMY & ME, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEEZIO GROUP, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>MOMMY & ME, LLC, a Wyoming limited liability company,<br><br>        Defendant. | Case No. 3:24-cv-01041-JSC<br><br>**OBJECTIONS TO THE SUPPLEMENTAL DECLARATION OF JASON LORNE CLUTE PURSUANT TO CIVIL L.R. 7-3(d)(1)**<br><br>Hon. Jacqueline Scott Corley |

1  Pursuant to Civil L.R. 7-3(d)(1), Defendant MOMMY & ME, LLC ("**M&M**") objects to the
2  reply evidence offered by Plaintiff KEEZIO GROUP, LLC ("**Keezio**") in the Supplemental
3  Declaration of Lorne Jason Clute (**ECF 29-1**), as well as all citations to it in Keezio's reply brief.
4  The below table refers to a demonstrative version of ECF 29-1 (with its exhibits omitted for brevity)
5  filed concurrently herewith as M&M's **Exhibit "F."** That demonstrative contains yellow or green
6  highlights corresponding to reply evidence in ECF 29-1.

| EVIDENCE | OBJECTION | RULING |
|---|---|---|
| 1. ECF 29-1 ¶ 3 at 2:16-20 (highlighted yellow). | Mr. Clute is not qualified to provide expert testimony on "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐<br>Overruled ☐ |
| 2. ECF 29-1 ¶ 4 at 3:5-12 and Exhibit A (highlighted green). | Irrelevant. FRE 401. | Sustained ☐<br>Overruled ☐ |
| | New factual matter raised for the first time on reply. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996). | Sustained ☐<br>Overruled ☐ |
| 3. ECF 29-1 ¶ 4 at 3:12-17 (highlighted yellow). | Impermissible legal conclusion. FRE 704(a); *Plush Lounge Las Vegas LLC v. Hotspur Resorts Nevada, Inc.*, 371 Fed. Appx. 719, 720 (9th Cir. 2010). | Sustained ☐<br>Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐<br>Overruled ☐ |
| | Lacks personal knowledge. FRE 602. | Sustained ☐<br>Overruled ☐ |
| 4. ECF 29-1 ¶ 5 at 3:20-22 (highlighted green). | Impermissible legal conclusion. FRE 704(a); *Plush Lounge Las Vegas LLC v. Hotspur Resorts Nevada, Inc.*, 371 Fed. Appx. 719, 720 (9th Cir. 2010). | Sustained ☐<br>Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐<br>Overruled ☐ |
| | Not rationally based on Mr. Clute's perception. FRE 701(a). | Sustained ☐<br>Overruled ☐ |
| | Lacks foundation with respect to M&M's intent. FRE 602. | Sustained ☐<br>Overruled ☐ |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1                                                                                                       Case No. 3:24-cv-01041-JSC
OBJECTIONS TO THE SUPPLEMENTAL CLUTE DECLARATION PURSUANT TO CIVIL L.R. 7-3(d)(1)

| EVIDENCE | OBJECTION | RULING |
|---|---|---|
| 5. ECF 29-1 ¶ 5 at 3:22-26 (highlighted yellow). | Impermissible legal conclusion. FRE 704(a); *Plush Lounge Las Vegas LLC v. Hotspur Resorts Nevada, Inc.*, 371 Fed. Appx. 719, 720 (9th Cir. 2010). | Sustained ☐ Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐ Overruled ☐ |
| 6. ECF 29-1 ¶ 5 at 3:26-4:8 (highlighted green). | Impermissible legal conclusion. FRE 704(a); *Plush Lounge Las Vegas LLC v. Hotspur Resorts Nevada, Inc.*, 371 Fed. Appx. 719, 720 (9th Cir. 2010). | Sustained ☐ Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐ Overruled ☐ |
| 7. ECF 29-1 ¶ 5 at 4:8-16 (highlighted yellow). | Impermissible legal conclusion. FRE 704(a); *Plush Lounge Las Vegas LLC v. Hotspur Resorts Nevada, Inc.*, 371 Fed. Appx. 719, 720 (9th Cir. 2010). | Sustained ☐ Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐ Overruled ☐ |
| 8. ECF 29-1 at 4:17-20 (highlighted green). | Impermissible legal conclusion. FRE 704(a); *Plush Lounge Las Vegas LLC v. Hotspur Resorts Nevada, Inc.*, 371 Fed. Appx. 719, 720 (9th Cir. 2010). | Sustained ☐ Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐ Overruled ☐ |
| | Lacks foundation with respect to M&M's intent. FRE 602. | Sustained ☐ Overruled ☐ |
| | Any relevance ascribed to Mr. Clute's argumentative statement is overweighed by prejudice and confusion to the fact finder. FRE 403. | Sustained ☐ Overruled ☐ |
| 9. ECF 29-1 ¶ 6 at 4:20-5:8 (highlighted yellow). | Impermissible legal conclusion. FRE 704(a); *Plush Lounge Las Vegas LLC v. Hotspur Resorts Nevada, Inc.*, 371 Fed. Appx. 719, 720 (9th Cir. 2010). | Sustained ☐ Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐ Overruled ☐ |

| EVIDENCE | OBJECTION | RULING |
|---|---|---|
| 10. ECF 29-1 ¶ 6 at 5:9-10 (highlighted green). | Lacks foundation. FRE 602. | Sustained ☐ Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐ Overruled ☐ |
| | Any relevance ascribed to Mr. Clute's argumentative and vague statement is overweighed by prejudice and confusion to the fact finder. FRE 403. | Sustained ☐ Overruled ☐ |
| 11. ECF 29-1 ¶ 7 at 5:11-19 (highlighted yellow). | Lacks foundation. FRE 602. | Sustained ☐ Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on competitive analysis in the children's products industry, nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐ Overruled ☐ |
| | Not rationally based on Mr. Clute's perception. FRE 701(a). | Sustained ☐ Overruled ☐ |
| | Hearsay. FRE 802. | Sustained ☐ Overruled ☐ |
| 12. ECF 29-1 ¶ 7 at 5:19-23 (highlighted green). | Lacks foundation. FRE 602. | Sustained ☐ Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on damages analysis in the children's products industry, nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐ Overruled ☐ |
| | Not rationally based on Mr. Clute's perception. FRE 701(a). | Sustained ☐ Overruled ☐ |
| | New factual matter raised for the first time on reply. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996). | Sustained ☐ Overruled ☐ |
| 13. ECF 29-1 ¶ 5 at 3:26-4:8 (highlighted yellow). | Lacks foundation. FRE 602. | Sustained ☐ Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on damages analysis in the children's products industry, nor has Mr. Clute's methods been shown to | Sustained ☐ |

| EVIDENCE | OBJECTION | RULING | |
|---|---|---|---|
| | be reliable and relevant. FRE 702. | Overruled | ☐ |
| | Not rationally based on Mr. Clute's perception. FRE 701(a). | Sustained | ☐ |
| | | Overruled | ☐ |
| | New factual matter raised for the first time on reply. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996). | Sustained | ☐ |
| | | Overruled | ☐ |
| 14. ECF 29-1 ¶ 7 at 5:26-6:1 (highlighted green). | Lacks foundation. FRE 602. | Sustained | ☐ |
| | | Overruled | ☐ |
| | Mr. Clute is not qualified to provide expert testimony on "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained | ☐ |
| | | Overruled | ☐ |
| | Not rationally based on Mr. Clute's perception. FRE 701(a). | Sustained | ☐ |
| | | Overruled | ☐ |
| | Any relevance ascribed to Mr. Clute's argumentative and vague statement is overweighed by the prejudice and confusion to the fact finder. FRE 403. | Sustained | ☐ |
| | | Overruled | ☐ |
| 15. ECF 29-1 ¶ 8 at 6:2-4 (highlighted yellow). | Misstates the Lowe Declaration. | Sustained | ☐ |
| | | Overruled | ☐ |
| | Lacks foundation. FRE 602. | Sustained | ☐ |
| | | Overruled | ☐ |
| | Irrelevant. FRE 401. | Sustained | ☐ |
| | | Overruled | ☐ |
| | New factual matter raised for the first time on reply. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996). | Sustained | ☐ |
| | | Overruled | ☐ |
| 16. ECF 29-1 ¶ 8 at 6:2-4 (highlighted green). | Misstates the Lowe Declaration. Mr. Lowe could not have seen a press release issued January 10, 2024 when conducting his pre-market analysis in June-July 2023. (*Compare* ECF 28-1 ¶ 3 *with* ECF 29-1 ¶ 8, Ex. B.) | Sustained | ☐ |
| | | Overruled | ☐ |
| | Mr. Clute is not qualified to provide expert testimony on competitive analysis in the children's products industry or "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained | ☐ |
| | | Overruled | ☐ |

| EVIDENCE | OBJECTION | RULING |
|---|---|---|
| | Not rationally based on Mr. Clute's perception. FRE 701(a). | Sustained ☐ Overruled ☐ |
| | Irrelevant. FRE 401. | Sustained ☐ Overruled ☐ |
| | New factual matter raised for the first time on reply. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996). | Sustained ☐ Overruled ☐ |
| 17. ECF 29-1 ¶ 8 at 6:12-18 (highlighted <mark>yellow</mark>). | Impermissible legal conclusion. FRE 704(a); *Plush Lounge Las Vegas LLC v. Hotspur Resorts Nevada, Inc.*, 371 Fed. Appx. 719, 720 (9th Cir. 2010). | Sustained ☐ Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐ Overruled ☐ |
| | Irrelevant. FRE 401. | Sustained ☐ Overruled ☐ |
| | New factual matter raised for the first time on reply. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996). | Sustained ☐ Overruled ☐ |
| | Hearsay. FRE 802. | Sustained ☐ Overruled ☐ |
| 18. ECF 29-1 ¶ 8 at 6:18-20 and Exhibit B (highlighted <mark>green</mark>). | Irrelevant. FRE 401. | Sustained ☐ Overruled ☐ |
| | New factual matter raised for the first time on reply. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996). | Sustained ☐ Overruled ☐ |
| 19. ECF 29-1 ¶ 8 at 6:20-24 (highlighted <mark>yellow</mark>). | Lacks foundation. FRE 602. | Sustained ☐ Overruled ☐ |
| | Mr. Clute is not qualified to provide expert testimony on "implementing the CPSIA with respect to children's products," nor has Mr. Clute's methods been shown to be reliable and relevant. FRE 702. | Sustained ☐ Overruled ☐ |
| | New factual matter raised for the first time on reply. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996). | Sustained ☐ Overruled ☐ |

Respectfully submitted,

Dated: July 4, 2024        McCORMICK, BARSTOW, SHEPPARD,
                                    WAYTE & CARRUTH LLP


                                    By: _____/s/ Shane G. Smith_____
                                           Shane G. Smith
                                           Melissa K. Cerro
                                    *Attorneys for Defendant / Counter-Plaintiff*
                                    *MOMMY & ME, LLC*

042199-000000 10044751.3

**PROOF OF SERVICE**
**Keezio Group, LLC v. Mommy & Me, LLC**
**Case No. 3:24-cv-01041-JSC**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On July 4, 2024, I served true copies of the following document(s) described as **OBJECTIONS TO THE SUPPLEMENTAL DECLARATION OF JASON LORNE CLUTE PURSUANT TO CIVIL L.R. 7-3(d)(1)** on the interested parties in this action as follows:

Christopher W. Sweeney
LAW OFFICES OF CHRISTOPHER W. SWEENEY
1300 Oliver Road, Suite 300
Fairfield, CA 94534
Tel: 707-435-1244; Fax: 707-435-1245
Email: cwslaw@comcast.net

*Attorneys for Plaintiff*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 4, 2024, at Fresno, California.

*/s/ Shane G. Smith*
Shane G. Smith