| | |
|---|---|
| 1 | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| 2 | Shane G. Smith, #272630 |
|   | *shane.smith@mccormickbarstow.com* |
| 3 | Melissa K. Cerro, #304268 |
|   | *melissa.cerro@mccormickbarstow.com* |
| 4 | 7647 North Fresno Street |
|   | Fresno, California 93720 |
| 5 | Telephone: (559) 433-1300 |
|   | Facsimile: (559) 433-2300 |
| 6 | |
| 7 | *Attorneys for Defendant / Counter-Plaintiff* |
|   | *MOMMY & ME, LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEEZIO GROUP, LLC, a California limited liability company, | Case No. 3:24-cv-01041-JSC |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| MOMMY & ME, LLC, a Wyoming limited liability company, | Hon. Jacqueline Scott Corley |
| Defendant. | |
| MOMMY & ME, LLC, a Wyoming limited liability company, | |
| Counter-Plaintiff, | |
| v. | |
| KEEZIO GROUP, LLC, a California limited liability company, | |
| Counter-Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff / Counter-Defendant KEEZIO GROUP, LLC and Defendant / Counter-Plaintiff MOMMY & ME, LLC, by and through their counsel of record, jointly stipulate that the present action be voluntarily dismissed *with prejudice*, with each party to pay its own attorneys' fees and costs.

Respectfully submitted,

Dated: January 21, 2025

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: <u>　　　*/s/ Shane G. Smith*　　　</u>
Shane G. Smith
Melissa K. Cerro
*Attorneys for Defendant / Counter-Plaintiff,
MOMMY & ME, LLC*

Dated: January 21, 2025

LAW OFFICES OF
CHRISTOPHER W. SWEENEY

By: <u>　　*/s/ Christopher W. Sweeney*　　</u>
Christopher W. Sweeney
*Attorneys for Plaintiff / Counter-Defendant,
KEEZIO GROUP, LLC*

**-oOo-**

**SIGNATURE ATTESTATION**

I hereby attest that concurrence has been obtained from Christopher W. Sweeney, counsel for Plaintiff, as indicated by a "conformed" signature (/s/) within this e-filed document.

<u>　/s/ Shane G. Smith　</u>

042199-000000 11067402.2

# PROOF OF SERVICE
## Keezio Group, LLC v. Mommy & Me, LLC
## Case No. 3:24-cv-01041-JSC

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On January 21, 2025, I served true copies of the following document(s) described as **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

Christopher W. Sweeney
LAW OFFICES OF CHRISTOPHER W. SWEENEY
1300 Oliver Road, Suite 300
Fairfield, CA 94534
Tel: 707-435-1244; Fax: 707-435-1245
Email: cwslaw@comcast.net

*Attorneys for Plaintiff*

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is *monica.barsotti@mccormickbarstow.com*, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 21, 2025, at Fresno, California.

*/s/ Monica Barsotti*
Monica Barsotti